IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JACKSON | : | CIVIL ACTION |
| | : | NO. 11-4643 |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 27th day of March, 2014, defendants' motion for summary judgment is DENIED without prejudice.

All discovery shall be completed on or before June 27, 2014. Thereafter, defendants may renew their motion upon the existing papers and may supplement those papers. Likewise, plaintiff may supplement his existing papers.

           *s/Thomas N. O'Neill, Jr.*
        THOMAS N. O'NEILL, JR., J.