IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JACKSON | : | CIVIL ACTION |
| | : | NO. 11-4643 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 4th day of May, 2015, upon consideration of the motion for summary judgment by defendants the City of Philadelphia, Commissioner Louis Giorla, Warden John P. Delaney, Correctional LT Adella Hold and Correctional Officer Damien Woodards, Dkt. No. 32, to which plaintiff William Jackson has not filed a timely response, it is ORDERED that the motion is GRANTED.  Plaintiff's claims are DISMISSED and JUDGMENT IS ENTERED in favor of defendants the City of Philadelphia, Commissioner Louis Giorla, Warden John P. Delaney, Correctional LT Adella Hold and Correctional Officer Damien Woodards and against plaintiff William Jackson.

The Clerk of Court shall mark this case CLOSED.

                                                  *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR., J.